PD-1362-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/24/2016 11:32:45 AM
Accepted 5/24/2016 11:48:29 AM
ABEL ACOSTA
CLERK

## CAUSE NO. PD-1362-15

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COURT OF |
| | § | |
| V. | § | CRIMINAL APPEALS |
| | § | |
| JOSE RUIZ | § | OF TEXAS |

## NOTICE OF APPEARANCE FOR ORAL ARGUMENTS

COMES NOW, Mark Symms, attorney with Reese, Escobar, Valis & Symms, LLP and files this notice of appearance for oral arguments on June 15, 2016 at 9:00 a.m. for Appellee, Jose Ruiz.

Respectfully submitted,

Reese, Escobar Valis & Symms, LLP

By: _____
Mark Symms
Texas Bar No. 24058146
P.O. Box 887
417 St. George
Gonzales, Texas 78629
(830) 672-8773
(830) 875-1024 facsimile
mark@revslaw.com
ATTORNEY FOR JOSE RUIZ